IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ZELLINA HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00510-KD-N |
| | ) |
| BOARD OF SCHOOL COMMISSIONERS | ) |
| OF MOBILE COUNTY, ALABAMA, | ) |
| | ) |
| Defendant.[1] | ) |

## JUDGMENT

In accordance with the Order issued this date granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Board of School Commissioners of Mobile County, Alabama and against Plaintiff Zellina Hill.

**DONE** and **ORDERED** this the 22nd day of April 2014.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Alfred Perkins was dismissed from this action on May 15, 2013. (Doc. 21)